# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 16, 2020

161465 & (28)(29)(30)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JACOB LANGSTON-PORTER LABELLE,
    Defendant-Appellant.

SC: 161465
COA: 353629
Washtenaw CC: 18-000596-FC

_____/

On order of the Court, the motions for immediate consideration are GRANTED. The application for leave to appeal the June 12, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.

MCCORMACK, C.J., did not participate due to her preexisting relationship with a party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2020 _____



b0616

Clerk